UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA



2018 MAR 27 P 4: 02

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) 2:96-CR-0264-PMP |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| FRANCISCO LORIE | ) |
| | ) |
| Defendant. | ) |

## ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (ECF#12), sentencing held on January 31, 1997. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: UNKNOWN VICTIMS
Amount of Restitution: $4,990.00

Name of Payee: ESTHER NICKEL
Amount of Restitution: $2,500.00

Name of Payee: CASPER MENNINGA
Amount of Restitution: $500.00

**Total Amount of Restitution ordered:** $7,990.00

Dated this 26 day of March, 2018.

_____
UNITED STATES DISTRICT JUDGE